# VERIFIED RETURN OF SERVICE

Job # 201700536

**Client Info:**

Newman DuWors LLP
2101 Fourth Avenue, Suite 1500
Seattle, WA 98121
Bar #233913

**Case Info:**

**PLAINTIFF:**
ConsumerTrack, Inc., a California corporation
 -versus-
**DEFENDANT:**
Blue Ocean Ads, LLC d/b/a Blue D Ads, a Florida limited liability company; AD Partners, LLC, a Nevada limited liability company and Offer Conversion, LLC, a Puerto Rico limited liability company

UNITED STATES DISTRIC COURT
Court Division: CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

Court Case # **2:17-cv-02404-PA (FFMx)**

**Service Info:**

Date Received: **5/15/2017** at **12:55 PM**
Service: I Served **Blue Ocean Ads, LLC c/o Brian Palmer, Registered Agent**
With: **Summons in a Civil Action, Second Amended Complaint for Declaratory Judgment and Breach of Contract, Certification and Notice of Interested Parties, Notice of Assignment to United States Judges, Standing Order, Order Returning Case for Reassignment and Civil Cover Sheet**
by leaving with **JENNIFER WALKER, OFFICE MANAGER**

At Business **5652 MARQUESAS CIRCLE SARASOTA, FL 34239**
On **5/19/2017** at **12:05 PM**
**Manner of Service: CORPORATE LLC**
PURSUANT TO F.S. Ch. 48 & 49 and 608.463

**Served Description: (Approx)**

Age: **30**, Sex: **Female**, Race: **White-Caucasian**, Height: **5' 5"**, Weight: **125**, Hair: **Black** Glasses: **No**

I **George Hooper** acknowledge that I am authorized to serve process, in good standing in the jurisdiction wherein the process was served and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

Signature of Server: _____
**George Hooper**
**1013**

**Accurate Serve FL**
4798 S. Florida Avenue, Suite 232
Lakeland, FL 33813

Client # 3772

