John Du Wors, State Bar No. 233913
*john@newmanlaw.com*
Nathan Durrance, State Bar No. 229210
*nathan@newmanlaw.com*
NEWMAN DU WORS LLP
2101 Fourth Avenue, Suite 1500
Seattle WA  98121
Telephone:    (206) 274-2800
Facsimile:    (206) 274-2801

Counsel for Plaintiff
ConsumerTrack, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSUMERTRACK, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>ADVERTISING DIRECT, LLC, et al.,<br><br>    Defendants. | Case No. 2:17-cv-02404 PA (FFMx)<br><br>**PLAINTIFF'S REQUEST TO ENTER DEFAULT UNDER F.R.C.P. 55 (a) AGAINST DEFENDANT BLUE OCEAN ADS, LLC** |

TO THE CLERK OF COURT:

Plaintiff ConsumerTrack, Inc. ("ConsumerTrack" or "Plaintiff") hereby requests that the Clerk of the above-entitled Court enter default in this matter against defendant Blue Ocean Ads, LLC on the grounds that defendant Blue Ocean Ads, LLC has failed to plead or otherwise respond the Second Amended Complaint within the time prescribed by the Federal Rules of Civil Procedure.

Plaintiff filed its Second Amended Complaint on May 8, 2017 and Blue Ocean Ads, LLC was served with process on May 19, 2017, as evidenced with the proof of summons and complaint on file with the Court (Dkt. 27).

The above stated facts are set forth in the accompanying Declaration of Nathan Durrance filed herewith.

Dated: June 23, 2017

NEWMAN DU WORS LLP

_____
John Du Wors, State Bar No. 233913
*john@newmanlaw.com*
Nathan Durrance, State Bar No. 229210
*nathan@newmanlaw.com*

Counsel for Plaintiff
ConsumerTrack, Inc.