John Du Wors, State Bar No. 233913
*john@newmanlaw.com*
NEWMAN DU WORS LLP
2101 Fourth Avenue, Suite 1500
Seattle, WA 98121
Telephone:    (206) 274-2800
Facsimile:    (206) 274-2801

Attorneys for Plaintiff
ConsumerTrack, Inc.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| CONSUMERTRACK, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ADVERTISING DIRECT, LLC d/b/a BLUE C ADS, a Florida limited liability company, and DOES 1-10,<br><br>Defendants. | Case No. 2:17-cv-02404 PA(FFMx)<br><br>**PLAINTIFF CONSUMERTRACK, INC.'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE REGARDING DISMISSAL OF DEFENDANT OFFER CONVERSION, LLC FOR LACK OF PROSECUTION** |

Plaintiff ConsumerTrack, Inc. ("ConsumerTrack") provides the following response to the Court's Order to Show Cause regarding Dismissal of Defendant Offer Conversion, LLC ("Offer Conversion") from this case (Dkt. No. 37).

Plaintiff agrees that Defendant Offer Conversion may be dismissed from this case without prejudice. Despite Plaintiff's best efforts, it was not able to locate and serve Defendant Offer Conversion with the operative Complaint. Offer Conversion is located in Puerto Rico and Plaintiff's efforts to locate and serve Offer Conversion in Puerto Rico were unsuccessful. Plaintiff reserves the right to re-file this action and serve Offer Conversion at a later date.

Plaintiff was able to locate and serve the other Defendants in this case, Defendants Ad Partners LLC and Blue Ocean Ads, LLC. Both Defendants Ad Partners LLC and Blue Ocean Ads, LLC failed to respond to the operative Complaint or appear in this case and therefore defaulted. The Clerk entered default against Defendants Ad Partners LLC and Blue Ocean Ads, LLC on June 27, 2017 (Dkt. No. 32) and Plaintiff filed a Motion for Default Judgement against these Defendants (Dkt. Nos. 38-40), which is currently pending before this Court.

Dated: August 17, 2017

NEWMAN DU WORS LLP

*(signature)*

John Du Wors, State Bar No. 233913
*john@newmanlaw.com*

Attorneys for Plaintiff
ConsumerTrack, Inc.